THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYNE TAPPE, | CASE NO. C18-1363-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| DIT, LLC d/b/a DIVERS INSTITUTE OF TECHNOLOGY, and XYZ INSURANCE COMPANY, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to withdraw as counsel upon substitution (Dkt. No. 29). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. Michael Barcott is hereby granted leave to withdraw as counsel for Defendant DIT, LLC, and Daniel F. Mullin and Aaron P. Gilligan of Mullin, Allen & Steiner PLLC are hereby substituted as counsel of record for Defendant DIT, LLC.

\\
\\
\\

DATED this 2nd day of November 2018.

<u>William M. McCool</u>  
Clerk of Court

<u>s/Tomas Hernandez</u>  
Deputy Clerk